JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-312-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| DEMETRIS TIWAN HAYNES, | |
| Defendant. | |

Based on the stipulation of the parties to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

(PROPOSED) ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE
(Demetris Haynes; CR15-312JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from November 16, 2015, to January 19, 2016. The resulting period of delay from November 16, 2015, through January 19, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that pretrial motions are due no later than November 20, 2015.

DONE this 8th day of October, 2015.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Jennifer E. Wellman
Assistant Federal Public Defender
Attorney for Demetris Tiwan Haynes

(PROPOSED) ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE
(Demetris Haynes; CR15-312JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100